IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-08-772 |
| | § § § | |
| MIGUEL ANGEL ALFONSO-PEREZ | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 15). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The pretrial conference is reset to **March 23, 2009, at 8:45 a.m.** The jury trial and selection are reset to **March 30, 2009, at 9:00 a.m.**

SIGNED on January 14, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge